# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GWENDOLINE ABOAH and all others similarly situated**<br><br>**Plaintiff**<br><br>**V.**<br><br><br>**FAIRFIELD HEALTHCARE SERVICES, INC. D/B/A BRIGHTSTAR CARE OF FAIRFIELD & SOUTHBURY and PETER R. MOORE,**<br><br>**Defendants** | **CIVIL ACTION NO.:**<br>**3:20-cv-00763-MPS**<br><br><br><br><br><br>September 25, 2020 |

## CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiff, GWENDOLINE ABOAH, individually and on behalf of each of the class members in this action ("Plaintiff"), by and through her counsel in the above captioned matter, hereby moves for an order granting preliminary approval of the proposed settlement; (2) certifying the proposed plaintiff class pursuant to Rules 23(b)(2) and (b)(3) and Section 216 of the Fair Labor Standards Act for purposes of the settlement; (3) directing that the class be given notice of the pendency of this action and the settlement in the form and matter proposed by the parties; and (4) scheduling a hearing at which the Court will consider the parties' motion for final approval of the settlement and entry of their proposed final judgment, and approval of the negotiated attorney's fees. payment in the amount of 33.33% of the settlement amount and costs and expenses incurred and to be incurred in this Litigation.

1

Respectfully submitted,

GWENDOLYN ABOAH, individually, and on behalf
of all others similarly situated,



By:_____
   Nitor V. Egbarin, Esq., (ct05114)
   100 Pearl Street, 14th Floor
   Hartford, Connecticut 06103
   Tel: 860-249-7180
   Fax: 860-408-1471
   Mobile: 860-680-1448
   Email: NEgbarin@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/Nitor V. Egbarin
     Nitor V. Egbarin