# LAW OFFICE OF NITOR V. EGBARIN, LLC

100 Pearl Street,
14th Floor
Hartford, CT 06103
Telephone: (860) 249-7180
Facsimile: (860) 408-1471

**Nitor V. Egbarin, Esq**.
Email: Nitoregbarin@gmail.com
NEgbarin@aol.com

September 25, 2020

### *CURRICULUM VITAE*

### Education

University of Connecticut, Storrs, CT, Bachelor of Arts, English 1984

University of Connecticut School of Law, West Hartford, CT, Juris Doctor, 1987

Founding Member, Connecticut Journal of International Law, 1985.

### Bar Admissions

Admitted to practice in Connecticut (1987)

### Federal Court Admissions

U.S. District Court for the District of Connecticut
U.S. District Court for the Southern District of New York

### Professional Associations

After graduating law school, worked as an associate with Arrington & Hollowell, PC, Atlanta, GA, 1988 -1989, in the litigation and corporate law department working on multimillion dollar Municipal bond offerings, multi-million dollar commercial real estate development and other mergers and acquisitions involving several Fortune 500 companies.

Subsequently started the Law Office of Nitor V. Egbarin as a solo practitioner, in 1990, focusing on personal injury and employment litigation matters.

### Subject Matter Specific Litigation Experience

*Lekuntwane v. Help At Home CT, LLC, et al,* Case No. 3:20-cv-00386-RNC, United States District Court for the District of Connecticut; co-lead counsel- Employment – class and collective action for unpaid overtime under the Fair Labor

Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*Faniel v. P A F Y, Inc. et al,* Case No. 3:20-cv-00387-VLB, United States District Court for the District of Connecticut; co-lead counsel-Employment – class and collective action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*Headly v. Liberty Homecare Options, LLC, et al,* Case No. 3:20-cv-00579-JAM, United States District Court for the District of Connecticut; co-lead counsel-Employment – class and collective action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*Aboah v. Fairfield Healthcare Services, Inc., d/b/a BrightStar Care of Fairfield & Southbury., et al,* Case No. 3:20-cv-00763-MPS, United States District Court for the District of Connecticut; lead counsel-Employment – class and collective action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*Modise et al v. CareOne Health Services, LLC et al,* Case No. 3:20-cv-00765-KAD, United States District Court for the District of Connecticut; Employment – class and collective action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*Mmolawa v. Diligent Enterprise, Inc. et al,* Case No. 3:19-cv-00300-VLB, United States District Court for the District of Connecticut; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*Maphutha v. Diligent Enterprise, Inc. et al,* Case No. 3:19-cv-01411-VLB, United States District Court for the District of Connecticut; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*In re Careco Shoreline, Inc. and Helga Pfanner,* Case No. 3:19-cv-01549-VAB, United States District Court for the District of Connecticut; Employment – Consolidated individual actions for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*Sello v. Live-Ins For The Elderly, LLC,* Superior Court, Judicial District of Waterbury, Docket No. CV-19-6047314-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*Sebetlela v. Live-Ins For The Elderly, LLC,* Superior Court, Judicial District of Waterbury, Docket No. CV-19-6047456-S; Employment – individual action for unpaid

overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*Rankiritlane v. Liberty Homecare Options, LLC,* Superior Court, Judicial District of New Britain, Docket No. CV-18-6042337-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled. Court approved settlement and award of lodestar attorney's fee;

*Pule v. At-Home Care of Connecticut, LLC,* Superior Court, Judicial District of Waterbury, Docket No. CV-18-6044799-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled. Court approved settlement and award of 1/3 attorney's fee;

*Mmereki v. At-Home Care of Connecticut, LLC,* Superior Court, Judicial District of Waterbury, Docket No. CV-18-6044798-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled. Court approved settlement and award of 1/3 attorney's fee;

*Mokobi v. Liberty Homecare Options, LLC,* Superior Court, Judicial District of Waterbury, Docket No. CV-19-6046434-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled. Court approved settlement and award of 1/3 attorney's fee;

*Mokalake v. Sheraton Homecare Services LLC,* Superior Court, Judicial District of Waterbury, Docket No. CV-19-6049999-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*Mogocha v. Cardinale,* Superior Court, Judicial District of Waterbury, Docket No. CV-19-6045420-S; Employment – individual action for unpaid overtime under the Connecticut Minimum Wage Act (CMWA). Pending;

*Letsatsi v. Liberty Homecare Options, LLC,* Superior Court, Judicial District of New Britain, Docket No. CV-19-6051312-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled. Court approved settlement and award of 1/3 attorney's fee;

*Lekuntwane v. Liberty Homecare Options, LLC,* Superior Court, Judicial District of Waterbury, Docket No. CV-19-6047314-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut

Minimum Wage Act (CMWA). Settled. Court approved settlement and award of 1/3 attorney's fee;

*Kolobe v. Liberty Homecare Options, LLC,* Superior Court, Judicial District of New Britain, Docket No. CV-19-6050925-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled. Court approved settlement and award of 1/3 attorney's fee;

*Kgarebe v. Care One Health Services, LLC,* Superior Court, Judicial District of Danbury, Docket No. CV-19-6033296-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Pending;

*East v. Prospect Caring Hand, Inc,* Superior Court, Judicial District of Hartford, Docket No. CV-18-6103657-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Stayed for arbitration and Settled. Lodestar attorney's fee;

*Majubana v. Angel Care, LLC,* Superior Court, Judicial District of New London, Docket No. CV-16-6028658-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled;

*Samacau v. Care At Home, LLC,* Superior Court, Judicial District of New London, Docket No. CV-16-6027677-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled;

*Mbatha v. Angel Care, LLC,* Superior Court, Judicial District of New London, Docket No. CV-16-6028657-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled;

*Kolobe v. Live-Ins For The Elderly, LLC,* Superior Court, Judicial District of Waterbury, Docket No. CV-18-60309981-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled;

*Letsatsi v. Live-Ins For The Elderly, LLC,* Superior Court, Judicial District of Waterbury, Docket No. CV-18-6040096-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled;

Semaka v. Live-Ins For The Elderly, LLC, Superior Court, Judicial District of

Waterbury, Docket No. CV-16-6031667-S; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled;

*Lekuntwane v. Diligent Enterprise, Inc. et al*; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled pre-litigation;

*Zamane v. Live-Ins For The Elderly, LLC*; Employment – individual action for unpaid overtime under the Fair Labor Standards Act (FLSA) and the Connecticut Minimum Wage Act (CMWA). Settled pre-litigation.