# LAW OFFICE OF
# NITOR V. EGBARIN, LLC

March 27, 2020

Ms. Gwendoline Aboah
264E 165 Street, Apt 3A
Bronx NY 10456


RE: **Gwendoline Aboah v. Fairfield Healthcare Services, Inc, d/b/s Brightstar Healthcare., et al,**
 **Wage & Hour Law Violation**
 <u>**Our File No. 20-0119**</u>


Dear Ms. Aboah;

The purpose of this letter is to memorialize our fee arrangement with you with respect to your legal representation by Law Office of Nitor V. Egbarin, LLC and Nitor V. Egbarin concerning the above-captioned matter.

My retainer fee in this matter is 0.00. My hourly rate of $375/hour is for myself, $375/hour for partner work; $225/hour for an associate, and $80/hour for paralegal work. Any unused portion of the retainer will be refunded to you at the conclusion of our representation of you in this matter.

All costs associated with this matter will be billed separately. All bills contain an itemization of work performed or cost incurred. All billing time is portal to portal.

The fees and costs mentioned above relate to our representation of your case through trial work only; the fees and costs do not include any appeal nor does this agreement relate to any appeal of this matter you may wish to undertake. If we decide to represent you for any appeal of this matter, you and we will enter a separate representation agreement for the appeal.

In addition to these fees, you will be charged for expenses, such as Westlaw and Lexis Legal Research, Federal Express delivery, courier messenger service, investigators, serving and filing of papers, recording and certifying of documents, deposition transcripts, and such other expenses incidental and customary to the rendered of legal services by Law Office of Nitor V. Egbarin, LLC. Irrespective of fee, we <u>cannot</u> guarantee you any particular result.

You agree to pay for any costs as they are incurred.

The above sum may be used against some or all costs related to the processing of your lawsuit. Generally, those costs will include payments for deposition fees, court entry fees, expert's fees and marshal's fees. Once your case is settled, or a verdict is rendered, we will be reimbursed by you for all out-of-pocket expenses incurred, and an accounting of each item will be forwarded to you. If your case is dismissed, or if a verdict is rendered against you, we will not seek reimbursement from you for any out-of-pocket expenses incurred. We anticipate that expert related fees will be incurred in your case. However, we will discuss them with you and obtain your approval before incurring these expenses.

The Law Office of Nitor V. Egbarin, LLC may be awarded by the court or entitled to, attorneys' fees, if this matter is settled or proceeds to a verdict. Therefore, the Law Office of Nitor V. Egbarin, LLC will receive, as its fee, **the greater of the attorney's fee awarded or billed at the above hourly rate, or a contingency fee** of one-third (1/3) of the damages awarded to you or of the amount of the settlement of this case.

We shall receive the fee set forth above plus reimbursement of all out-of-pocket expenses which we incur.

Prior to the settlement of your claim, you are entitled to receive an accounting detailing the allocation of all monies spent so that you will understand clearly what your net recovery will be. Only you can settle your case; every offer made by the defendants will be relayed to you for your approval or rejection. We will always give you our opinion as to how we believe you should proceed, but you are ultimately the decision-maker.

> Privacy Policy: It is the policy of Law Office of Nitor V. Egbarin, LLC to protect the confidentiality of Social Security numbers, prohibit unlawful disclosure of Social Security numbers, and limit access to Social Security numbers. We make reasonable efforts to restrict access to Social Security numbers to those persons who need to know that information

Your agreement with Law Office of Nitor V. Egbarin, LLC is also subject to those provisions of the "General Matters" attached and made a part of this correspondence.

We hope this letter is clear regarding our fee arrangement. If so, please sign this letter where indicated below signifying your approval and return it to us in the envelope provided, keeping the enclosed copy for your records, so that our file will reflect your acceptance of this arrangement.

Very truly yours,

**LAW OFFICE OF NITOR V. EGBARIN, LLC**


By _____//s//_____
    Nitor V. Egbarin

I have read the above and understand it and agree to said terms. I have discussed any questions I may have had with Attorney Nitor V. Egbarin before I signed this document.

Approved and accepted this 27th day of March 2020.


_____//s//_____
Ms. Gwendoline Aboah

**GENERAL MATTERS**

      A.    <u>Information to be made available to you</u>: Law office of Nitor V. Egbarin, LLC agrees to use its efforts to ensure that you are informed at all times as to the status of the matter and as to the courses of action which are being followed, or are being recommended by Law office of Nitor V. Egbarin, LLC. Law Office of Nitor V. Egbarin, LLC agrees to make reasonably available to you all written materials sent or received by Law Office of Nitor V. Egbarin, LLC pertaining to the matter. Copies of all such materials will be provided at your request and expense. All of the attorney's work product will be owned by Law Office of Nitor V. Egbarin, LLC.

      B.    <u>Collection of Fees</u>: An interest charge of one percent (1.00%) per month will be added to any unpaid balance owing for fees or costs commending 30 days after its due date. All reasonable costs of collection and attorney's fees incurred by Law Office of Nitor V. Egbarin, LLC for the collection of any unpaid balance will be your responsibility.

      C.    <u>Conflicting Engagement</u>: Law Office of Nitor V. Egbarin, LLC agrees not to accept, without prior approval from you, any engagement known by Law Office of Nitor V. Egbarin, LLC to be in direct conflict with your interest in this matter. If, in the course of representing multiple clients, Law Office of Nitor V. Egbarin, LLC will notify all affected clients of such a conflict and will withdraw from representing any one or more of the multiple clients to the extent such a withdrawal would be permitted or required by applicable provision of the Rules of Professional Conduct.

      D.    <u>Termination of Representation</u>: The relationship established by this agreement is subject to termination by either you or Law Office of Nitor V. Egbarin, LLC upon written notice to the other.

      E.    <u>Retention of Files</u>: We agree to use diligent effort, subject to casualties beyond our control, to retain and maintain all major and significant components of our file in this matter for a period of two (2) years following its conclusion, and during such time to afford you reasonable access to such files. After that, we store the files off premises. Should you need to have us retrieve your file from storage, there will be a charge of $50. After 10 years, we may destroy the file without further notice to you.

I have read the above and understand it and agree to said terms. I hereby consent to and do not object to the fee sharing agreement stated above. I have discussed any questions I may have had with Attorney Nitor V. Egbarin before I signed this document.


_____//s//_____        Dated: March 27, 2020
Ms. Gwendoline Aboah