Aboah v. BrightStar Class Action

| DATE | TIME | DESCRIPTION OF WORK PERFORMED | Rate $375/Hr |
|------|------|-------------------------------|------|
| **2020** | | | |
| Fri, 3/27 | 1 | Multiple Whatsapp communication re background facts | |
| Mon, 3/30 | 0.3 | Add'l multiple whatsapp communication re more facts | |
| | 0.2 | prepare authorization to release personnel records | |
| | 0.1 | Correspondence to BrightStar to release personnel records | |
| Mon, 4/20 | 0.1 | Tel discussion w/ attay Stanfield for BrightStar | |
| | 0.1 | Rec'd email from atty Stanfield | |
| Wed, 4/29 | 0.1 | Email communication w/ atty Stanfield | |
| Fri, 5/8 | 1 | Rec'd and rev'd personne; records released | |
| | 0.2 | Email communication w/ atty Stanfield | |
| | 0.1 | Tel discussion w/ client | |
| | 0.2 | Rec'd and rev'd partial paystubs | |
| Mon, 5/11 | 0.3 | Rec'd and rev'd additional paystubs | |
| | 0.5 | Rev'd file content to prepare complaint | |
| | 1 | Prepare collective and class action complaint | |
| Wed, 5/13 | 0.2 | Email from Sandra Stanger accusing Pl.'s atty of Violation of Rules of Prof. Conduct | |
| | 2 | Research Rules of Prof. Conduct, Rules 3.1 and 4.4, especially | |
| | 1 | Prepared  carefully worded response to atty Stnager | |
| | 0.2 | Rec'd and rev'd atty's Stanger's response | |
| | 1 | Research westlaw re atty Stanger's reported cases | |
| | 1.5 | Eresearched & rev'd CT State judicial website for all atty's Stnager's law firm's cases with atty Stanger's appearances | |
| | 0.7 | prepared 2nd carefully worded response to atty Stanger | |
| | | Westlaw costs, @$22/hourly use: <span style="color:red">$22.00</span> | |
| | | Office Copy costs @ $1/page: <span style="color:red">$16.00</span> | |
| Thu, 5/14 | 0.2 | Rec'd & rev'd email from atty Stanger | |
| | 0.1 | rev'd tumesheet (sic) produced by atty Stanger | |
| | 0.2 | Email reply to atty Stanger | |
| | | Office Copy costs @ $1/page: <span style="color:red">$1.00</span> | |
| Fri, 5/15 | 0.2 | Rec'd & rev'd email from atty Stanger | |
| | 0.2 | Prepared & sent email response to atty Stanger | |
| Mon, 5/18 | 0.2 | Rec'd & rev'd email from atty Stanger | |

|       |      |                                                                              |
|-------|------|------------------------------------------------------------------------------|
|       | 0.1  | Tel call to atty Stohler re role as mediator                                 |
|       | 3.5  | Rev'd caselaw to prepare precise and narrow class description                |
|       | 1    | Prepare list of doumentary evidence requested by atty Stanger                |
|       | 0.25 | Tel discussion w/ atty Stohler re role as mediator                           |
|       | 0.1  | Whatsapp text to client, Ms. Aboah                                           |
|       | 0.1  | Email Ms. Aboah consent to Join Action                                       |
|       | 2    | Prepare mediation agreement containing infor atty Stanger asked for          |
|       | 0.1  | rec'd & forwarded atty Stohler's email to atty Stanger                       |
|       | 0.1  | email proposed mediation agreement to atty Stanger                           |

Westlaw costs, @$22/hourly use: <span style="color:red">$77.00</span>
Office Copy costs @ $1/page: <span style="color:red">$236.00</span>


**SUB-TOTAL**     **20.15**

Atty fee, **$375** ($375 x 20.15 hours)
Cost to date: <span style="color:red">$352.00</span>

| Wed, 5/20 | 0.1 | Rec'd and rev'd email from atty Stanfiled |
|-----------|-----|-------------------------------------------|
|           | 0.2 | Replied atty Stanfield |
|           | 0.3 | Corrected draft doc and emailed to Stohler & atty Stanfield |

Office Copy costs @ $1/page: <span style="color:red">$4.00</span>

| Thu, 5/21 | 0.5 | Rec'd & rev'd detailed email from atty Stanfield |
|-----------|-----|--------------------------------------------------|
|           | 0.5 | Prepared a corresponding response to atty Stnafield |

Office Copy costs @ $1/page: <span style="color:red">$2.00</span>

| Fri, 5/22 | 0.2 | Rec'd multiple emails from atty Stanfiled |
|-----------|-----|-------------------------------------------|
|           | 0.2 | Replied multiple emails from atty Stanfiled |

| Tue, 5/26 | 0.1 | Email to atty Stanfield |
|-----------|-----|-------------------------|
|           | 0.5 | Rev'd & rev'd reply re email to atty Stanfield |
|           | 0.5 | Rev'd prior emails and replied atty Stanfield |
|           | **0.1** | Rec'd and rev'd reply from atty Stanfield |

| Wed, 5/27 | 0.1 | Rec'd & rev'd email from atty Stanfiled re using Stohler |
|-----------|-----|---------------------------------------------------------|
|           | 0.5 | Email exchanges b/w attys Stanfield & Stohler |

| Thu, 5/28 | 0.3 | Email exchanges b/w counsel re tel conf on Monday, 6/1 @ 2pm |
|-----------|-----|-------------------------------------------------------------|

| Fri, 5/29 | 0.2 | Email communication re mediation |
|-----------|-----|----------------------------------|
|           | 0.1 | rec'd & rev'd email from atty Stanfield re tolling agreement |
|           | 0.2 | Rev'd tolling agreement |
|           | 0.1 | Reply atty's Stanfield's email re mediation & tolling agreement |

| Mon, 6/1 | 0.2 | Multiple email re new selection of mediators |
|----------|-----|----------------------------------------------|
|          | 0.3 | Review online background re mediators |

| | | |
|---|---|---|
| Tue, 6/2 | 0.5 | WhatsApp communictaion w/ client and rev'd BrightStar's arbitration agreement for employees |
| | 0.2 | Efilled complaint in fed court |
| | 0.5 | Rec'd multipled E court notices, ECF Nos. 1-6 |
| | 0.1 | Email from atty Stanfield to mediator, atty Schwartz |
| | | Court Filing Fee: $400.00 |
| | | Marshal service fee: $220.80 |
| | | FedEx to Marshal, costs: $37.50 |
| | | Copy costs of service papers: $45.00 |
| Wed, 6/3 | 0.2 | WhatsApp communication w/ client |
| | 0.2 | Prepare and FedExed documents to marshal for service |
| | 0.2 | Email exchanges w/ atty Schwartz and atty Stanfield |
| Thu, 6/4 | 1 | Obtained detailed information re BrightStar's employment practice and policy from another HHA |
| Tue, 6/8 | 0.1 | Email exchange w/ atty Schwartz re pre-mediation conf for 6/11 |
| Thu, 6/11 | 1 | Preparing for and attending pre-mediation conf |
| Fri, 6/12 | 1 | Prepared and sent email discovery request to atty Stanfield |
| | 0.5 | Rec'd marshal return of service and efiled the same in court |
| | 0.1 | Rec'd court notice of execution of summons, ECF No. 7 |
| | 0.5 | WhatsApp communication w/ client |
| Mon, 6/15 | 0.5 | Rec'd & rev'd detail email response and discovery request from atty Stan |
| Tue, 6/16 | 1 | Prepared detailed response to atty Stanfield's email of 6/15 |
| Fri, 6/19 | 0.5 | Rec'd & rev'd a detailed email reply from atty Stanfield re email of 6/16 |
| | 0.1 | Reply to atty Stanfield's email of today, 6/19 |
| Wed, 6/24 | 0.5 | Rec'd & rev'd a detailed email reply from atty Stanfield re emails of 6/19 |
| | 0.1 | Reply to atty Stanfield's email of today, 6/24 |
| Thu, 6/25 | 1 | Prepare fact summary re ex parte memo re mediation |
| | 1 | Calculate damages using info client provided |
| | 1 | Calculate damages using info other HHA provided |
| | 1 | Legal research re class issues raised by Defs |
| | 1 | Legal research re other FLSA & CMWA ponts in ex parte memo |
| | 1.5 | Draft legal add'l sections re ex parte memo re mediation |
| | | Westlaw costs, @$22/hourly use: $44.00 |
| | | Office Copy costs @ $1/page: $36.00 |
| Fri, 6/26 | 0.5 | Rec'd & rev'd a detailed email reply from atty Stanfield re emails of 6/24 |
| | 1 | Multiple email exchanges and Rev'd draft motion for extension of time |

|          |     | and consented to motion on certain conditions |
|----------|-----|-----|
|          | 0.2 | Rec'd court notice of appearance & motion for extension of time, ECF N |
|          | 1   | Revise ex parte memo re mediation |
| Mon, 6/29 | 0.1 | Rec'd court notice of order granting mot. For extension of time, ECF No |
|          | 0.1 | Notice from court w/ updated answer date to 8/27/2020 |
|          | 0.2 | Email exchange w/ atty Stanfield |
| Tue, 6/30 | 0.3 | Rec'd and rev'd mediation agreement |
|          | 0.1 | Email to atty Schwartz requesting revision of mediation agreement per |
|          |     | parties' agreement |
|          | 0.1 | rec'd and rev'd revised mediation agreement |
|          | 0.1 | emailed revised mediation agreement to client |
|          | 0.2 | Tel discussion w/ client |
|          | 0.1 | WhatsApp communication w/ client |
|          | 0.2 | Signed revised agreement as per client's approval and email to atty Schv |
|          | 0.1 | Emailed signed revised mediation agreement to client |
|          | 0.2 | Prepare and sent FOIA request to DOL for any investigations or audits o |
| Wed, 7/1 | 0.1 | Email exchange w/ atty Stanfield |
| Thu, 7/2 | 0.1 | Email exchange w/ atty Stanfield, submitting fully executed mediation |
|          | 1   | Legal research re Rule 15 |
|          | 1.5 | Amend complaint for filing as a matter of right |
|          | 0.1 | Forward amended complaint to Ms. Aboah for review |
|          | 3.5 | Continue drafting ex parte memorandum of law re mediation and chec |
|          |     | statutory and regulatory citations for consistency and proper citations |
|          |     | Westlaw costs, @$22/hourly use: $44.00 |
|          |     | Office Copy costs @ $1/page: $10.00 |
| Fri, 7/3 | 0.3 | Tel dicussion w/ client re hours worked |
|          |     | and approval of amended complaint |
|          | 1   | Review text messages w/ BrightStar for pertinent evidence |
|          | 1   | Review paystubs throughly for hours worked in each pay period |
|          | 1   | Review personnel file for relevant evidence |
|          | 1   | Prepare a deailed declaration for Ms. Aboah based on all evidence revie |
|          | 1   | Rev'd caselaw re minimum hours per shift of 24 hours or more |
|          | 0.5 | Rev'd BrightStar website information |
|          | 1   | Revise ex parte memo based on evidence and kinkead caselaw |
|          |     | Westlaw costs, @$22/hourly use: $11.00 |
|          |     | Office Copy costs @ $1/page: $27.00 |
| Sun, 7/5 | 2.5 | Prepare Aboah's excel spreadsheet of unpad wages in 2018, using 2018 |
|          | 1   | Revise draft of ex parte memo based on spreadsheet calculations |
|          | 2   | rev'd caselaw re Belgada v. Hy's Livery Services and 2nd circuit caselaw r |
|          |     | definition |
|          |     | Westlaw costs, @$22/hourly use: $44.00 |
|          |     | Office Copy costs @ $1/page: $24.00 |

| | | |
|---|---|---|
| Mon, 7/6 | 1.5 | Add'l research re 29 USCA Sec. 511 re accurate records |
| | 1 | Revise ex parte memo |
| | 1 | Revise Ms. Aboah's declaration |
| | 0.2 | Tel dicussion w/ Ms. Aboah |
| | | Westlaw costs, @$22/hourly use: $33.00 |
| | | Office Copy costs @ $1/page: $43.00 |
| | | |
| Tues, 7/7 | 1 | Rev'd & rev'd 47 separate emails from Ms. Aboah each email containing |
| | | time sheet, email period from 4:36PM to 5:40PM |
| | 0.1 | Tel call & text message to client |
| | | Office Copy costs @ $1/page: $47.00 |
| | | |
| Wed, 7/8 | 3.5 | Rec'd and rev'd class list and analyze the enire list of 953 Caregiers/Files |
| | | Numbered each Caregiver/File and separarted Caregivers who worked le |
| | | from the other caregivers who worked more than 1 year |
| | 2 | Itemize and determine the 20 caregivers to request additional informat |
| | | mediation. And prepared and sent email to Def.'s atty of the 20 Caregiv |
| | | documents are to be produced by July 10. |
| | | Office Copy costs @ $1/page: $25.00 |
| | | |
| Thu, 7/9 | 0.1 | Rec'd email from atty Stanfield |
| | 0.2 | Rev'd class list and reply to atty Stanfield |
| | | |
| Fri, 7/10 | 1 | Tel & Whatsapp discussions w/ client re affidavit |
| | 0.2 | Re'd, rev'd emailed affidavit to client for signature |
| | 2.5 | rev'd and analyzed class list; number each file on class list |
| | | itemized the 3 categories of files, total files/employees, 953 |
| | 1 | Prepare and emailed Ms. Aboah's emails and affidavit to atty Stanfield |
| | 0.3 | multiple emails w/ atty Stanfield and request inclusion of # of shifts in c |
| | | |
| Sat, 7/10 | 0.1 | Rec'd revised class list from atty Stanfield |
| | 0.5 | Rev'd revised class list |
| | 1 | Engage the services of financial expert, Ms. Ceesay; re'd Ceesay CV |
| | | prepare detailed email to Ms. Ceesay and email class list w/ shifts |
| | | |
| Sun, 7/11 | 0.1 | Export revised class list into excel and emailed to Ms. Ceesay |
| | | |
| Mon, 7/13 | 1 | Re'd draft financial report w/ffinancial expert |
| | | |
| Tue, 7/14 | 0.2 | Rec'd & rev'd detailed email from atty Stanfield w/ attachment |
| | 0.2 | Rev'd attachments from atty Stanfield |
| | 0.2 | Reply atty Stanfiled and multiple email exchanges w/ atty Stanfield |
| | 5.3 | Rev'd & analyzed pay records for 4 Hourly rate caregivers, 3:12pm to 10 |
| | 1 | Rev'd & analyzed pay records for Aboah, 3:12pm to 10:30pm |
| | 1 | Rev'd & analyzed pay records for Live-in Caregiver, T.Stewart, 3:12pm t |
| | | Office Copy costs @ $1/page: $335.00 |

| | | |
|---|---:|---|
| Wed, 7/15 | 4 | Cont'd to review and analyzed of pay records for 5 Hourly rate caregiver |
| | 2.5 | Rev'd & analyzed pay records for other Live-in Caregivers, 11:00 am to 1 |
| | 2.5 | Revised ex parte memo to exclude hourly rate Caregivers although ther |
| | | the violations were individualized and did not amount to accros the bc |
| | | or policy |
| | | Office Copy costs @ $1/page: <span style="color:red">$212.00</span> |
| | | |
| Thu, 7/16 | 0.5 | Revise Position Statement |
| | 0.5 | Revise ex parte memo |
| | 2 | Tel meeting w/ financial expert & rev'd & rev'd  multiple finacial report |
| | 1 | Revise ex parte memo |
| | 1 | Revise Position Statement |
| | | Office Copy costs @ $1/page: <span style="color:red">$96.00</span> |
| | | |
| Fri, 7/17 | 1 | Tel meeting w/ financial expert & revised financial report |
| | 0.2 | Rec'd & rev'dinvoice from financial expert |
| | 1.5 | Final review & revision of Position Statement |
| | 0.2 | Email Position Statement to atty Stanfield w/ 1st demand |
| | 0.1 | Forward to Ms. Aboah email & attachment sent to atty Stanfield |
| | 0.2 | Tel conversation w/ client re email sent to her re demand |
| | | Office Copy costs @ $1/page: <span style="color:red">$36.00</span> |
| | 0.1 | email from atty Stanfield re exxtension of mediation date |
| | 0.1 | Tel call to client o obtain her consent to the change in mediation date |
| | 0.2 | Reply to atty Stanfield's email re change of mediation date |

| | | |
|---|---:|---|
| **SUB-TOTAL** | **107.55** | (Total atty's fees:  107.55hrs x $375 = **$40,331.25**) |
| | | (Out-of-Pocket costs to date: <span style="color:red">$620.80</span> ) |
| | | (Office Costs, westlaw costs, scanning, fedex, copy, mail, to date: <span style="color:red">$1,50</span> |
| | | **(Total Costs To date: <span style="color:red">$2,128.30</span> )** |

| | | |
|---|---:|---|
| Mon, 7/20 | 1 | Multiple email exchanges and reiews & multiple changes of mediation |
| | | w/ atty Stanfield , atty Schwartz and whatsapp w/ client |
| | | |
| Tue, 7/21 | 0.25 | multiple email exchanges w/ atty Stanfield 7 atty Schwartz |
| | | |
| Sat, 7/25 | 0.1 | Email to atty Stanfield re rule 26(f) meet & confer |
| | | |
| Mon, 7/27 | 0.2 | Multiple email exchanges w/ atty Stanfield re rule 26(f) meet & confer |
| | 0.2 | Rec'd & rev'd notice to court |
| Wed, 7/29 | | Payment of mediator fee, <span style="color:red">$1,000.00</span> |
| | | |
| | 0.1 | Forwarded Aboah's declaration exhibits to atty Schwartz |
| | 0.3 | Emails re atty Schwartz's scheduling one-on-one tel conference w/ atty |

|       |       |                                                              |
|-------|-------|--------------------------------------------------------------|
|       | 2     | Rec'd 7 rev'd and analyzed Defs.' Position Statement         |
|       | 1     | Multiple contacts for client's whereabout; client was working and unre |

| Thu, 7/30 |       |                                                              |
|-----------|-------|--------------------------------------------------------------|
|           | 0.5   | Tel discussion w/ client                                     |
|           | 1     | Rev'd ex parte memorandum for atty Schwartz                  |
|           | 1     | Legal research re 29 C.F.R Section 785.19                    |
|           | 1     | Legal research re 29 C.F.R Section 785.22                    |
|           | 1     | Legal research re class certification re Defs.' "off-the clock" argument |
|           | 1.5   | Revised ex parte memorandum for atty Schwartz re legal research |
|           | 0.2   | emailed ex parte memo to atty Schwartz                       |
|           | 0.5   | One-on-one tel discussion w/ atty Schwartz                   |
|           | 1.5   | Rev'd additional exemplar files produced by Defs.            |
|           | 0.1   | rec'd and rev'd email from atty Schwartz re video conference |
|           |       | and forwarded to client                                      |
|           |       | Westlaw costs, @$22/hourly use: $66.00                       |
|           |       | Office Copy costs @ $1/page: $103.00                         |

| Fri, 7/31 |       |                                                              |
|-----------|-------|--------------------------------------------------------------|
|           | 0.1   | Whatsapp communication w/ client                             |
|           | 0.5   | Tel discussion w/ client in prep for mediation               |
|           | 2     | Prepaprtion for mediation starting 11:30a.m.                 |
|           | 9.66  | Mediation w/ atty Daniel Schwartz, 11:30 a.m. to 9:10 p.m.   |
|           | 0.3   | Add'l email communication w/ mediator re breakout one-on-one discu |

| Sat, 8/1 |       |                                                              |
|----------|-------|--------------------------------------------------------------|
|          | 0.2   | Email commnication w/ mediator for assistance w/ further post-settlen |
|          | 0.1   | Tel communication w/ client                                  |

| **SUB-TOTAL** | **133.86** | (Total atty's fees: 133.86hrs x $375 = **$50,197.5**) |
|---------------|------------|--------------------------------------------------------|
|               |            | (Out-of-Pocket costs to date: $1,620.80 )              |
|               |            | (Office Costs, westlaw costs, scanning, fedex, copy, mail, to date: $1,67 |
|               |            | **(Total Costs To date: $3,297.30 )**                  |

| Sun, 8/2 | 1   | Start preparing motion for preliminary approval class settlement |
|----------|-----|------------------------------------------------------------------|
| Mon, 8/3 | 6   | Draft class/collective action settlement agreement               |
| Tue, 8/4 | 2   | Revise and email draft of settlement agreement to atty Stanfield |
| Wed, 8/5 | 3   | Prepare atty Egbarin CV for Class Action purposes. w/ case specific citat |
| Thu, 8/6 | 3   | Prepare Notice of Class Action, Settlement and Fairness Hearing  |
| Fri, 8/7 | 1   | Prepare Preliminary Order to Approve Class Action Settlement Agreeme |
|          | 0.5 | Prepare Proposed Final Order and Judgment                        |

| | | |
|---|---|---|
| Mon, 8/10 | 1 | Prepare and emailed draft Rule 26(f) w/ Notice of Settlement of case, to |
| | 3.5 | prepare declaration of counsel re motion for preliminary approval of se |
| | 0.1 | Rec's email from atty Stanfield stating her office will notify the court ab |
| | 0.2 | Responded to email re concerns about the exclusion of employees who |
| | | agreement and issue of slection of charity for unclaimed funds |
| | | |
| Tue, 8/11 | 0.1 | Email atty Stanfield re notice of settlement and rule 26(f) report due da |
| | 0.2 | Rec'd & rev'd draft of joint notice of settlement |
| | 1 | Complete draft of declaration of counsel |
| | 0.1 | Rec'd e-filed Joint Notice of settlement, ECF No. 12 |
| | | |
| Wed, 8/12 | 0.1 | Rec'd & rev'd court Order, ECF No. 13 re Notice of Settlement |
| | | |
| Tue, 8/25 | 0.1 | Email to atty Stanfield re return of draft settlement agreement |
| | | |
| Fri, 8/28 | 0.1 | Tel calls to atty Stanfield |
| | 0.5 | Rec'd and rev'd revised class list sent today by atty Stanfield |
| | 1.1 | Prepapred and emailed detailed response re revised class list atty Stanfi |
| | 2.5 | Rev'd and revised the revised settlement agreement atty Stanfield sent t |
| | | |
| Sat, 8/29 | 2 | Rev'd class list of 155 employees and mark those employees recently ad |
| | | after settlement |
| | | |
| Sun, 8/30 | 1.75 | Continue marking out class members on the list recently provided on F |
| | 0.2 | Prepared and emailed Defs.' atty with highlighted class lists |
| | 1 | Revised settlement agreement and highlighted corrections & revisions |
| | 0.1 | Email from Defs' atty re errors in the class list sent on Friday |
| | 0.5 | Tel call to Ms. Aboah to disccuss draft settlement agreement |
| | | |
| Tue, 9/1 | 1 | Revised settlement agreement re confidentiality clause |
| | | legal research re the confidentiality clause and emailed |
| | | revised settlement agreement to Des.' attys |
| | FOC | Westlaw costs, @$22/hourly use: $11.00 |
| | 4.5 | Draft memorandum in supp of motion for prelim approval |
| | | of settlement |
| | | |
| Wed, 9/2 | 4.5 | Cont'd drafting memorandum in supp of mot. For prelim approval |
| | | Conduct add'l legal research re Judge Shea's prior ruling |
| | 0.1 | Email Judge Shea's prior ruling to Defs. Attys. |
| | FOC | Westlaw costs, @$22/hourly use: $11.00 |
| | | |
| Thu, 9/3 | 1.5 | Multiple detailed email w/ Defs. Attys re their changes to increase |
| | | Number of employees to be released & # of shifts covered |
| | 0.2 | Email to atty Daniel Schwartz to resolves Defs.' increased # of employee |
| | | and # of work shifts to be considered for payment distribution |
| | 1 | Rev'd changes to draft settlement agreement & revised & emailed to De |
| | 0.5 | Rec'd & rev'd revised class list |

|  |  |  |  |
|---|---|---|---|
|  |  | 5.5 | Complete first draft of memorandum in supp of mot. For prelim approv and complete table of contents and table of authorities |

**SUB-TOTAL**       **185.11** (Total atty's fees:  185.11hrs x $375 = **$69,416.25**)
(Out-of-Pocket costs to date: <span style="color:red">$1,620.80</span> )
(Office Costs, westlaw costs, scanning, fedex, copy, mail, to date: <span style="color:red">$1,67</span>
**(Total Costs To date: <span style="color:red">$3,297.30</span> )**

| Fri, 9/4 |  | 1 | detailed email reply to Defs' attys re changed class list and explained ho properly revise original class list to conform w/ settlement agreement |
|---|---|---|---|
|  |  | 3.5 | Revise first draft of memo in support of mot. For prelim approval |
|  |  | 0.1 | Emailed draft motion & supporting memo to Defs. Attys |
| Tue, 9/8 |  | 0.5 | Rev'd and emailed to Defs.' attys, Ex. D, to Settlement Agreement, Prelir |
|  |  | 0.5 | Rev'd and emailed to Defs.' attys, notice to class, exhibts B & C |
|  |  | 0.5 | Rev'd and emailed to Defs.' attys, Ex. E, to Settlement Agreement, Final |
|  |  | 1 | Rev'd counsel's declaration |
| Wed, 9/9 |  | 0.5 | Draft motion to reopen and emailed to Defs.' attys. |
|  |  | 1 | Re'd several documents, term sheet, finanicial report summary, mediati and draft settlement agreement re Tel conf w/ atty Schwartz |
|  |  | 1.1 | Webex confrence and tel call with atty Schwartz, 1:57 pm to 3:03 pm |
|  | FOC |  | Office Copy costs @ $1/page: <span style="color:red">$26.00</span> |
| Thu, 9/10 |  | 0.3 | Multiple email exchanges w/ atty Stanfield re Mot. For Extenstion of tir |
|  |  | 0.1 | Rec'd and rev'd draft Mot. for Extension of Time |
|  |  | 0.1 | Rec'd e-filed Mot. for Extension of Time, ECF NO. 14 |
|  |  | 0.1 | Email to atty Stanfield re need to file motion to reopen w/ motion for e |
|  | FOC |  | Office Copy costs @ $1/page: <span style="color:red">$4.00</span> |
| Fri, 9/12 |  | 0.2 | Rec'd and rev'd Email from atty Schwartz |
| Sat, 9/13 |  | 0.3 | Reply to atty Schwartz email |
| Wed, 9/16 |  | 0.2 | Email to parties re issues re settlement agreement |
| Thu, 9/17 |  | 1 | Multiple emails re issues re settlement agreement |
| Fri, 9/18 |  | 0.2 | Rec'd and rev'd detail emal from atty Stanfield re formula |
|  |  | 0.5 | Rev'd file re atty Stanfield's email |
|  |  | 0.75 | Legal research re atty's Stanfield's email |
|  |  | 0.3 | Prepare and send response re atty's Stanfield's email |
|  | FOC |  | Westlaw costs, @$22/hourly use: <span style="color:red">$16.50</span> |
| Mon, 9/21 |  | 1 | Multiple emails re issues re settlement agreement |

| | | |
|---|---|---|
| Tue, 9/22 | 0.75 | Mediation session re issues re settlement agreement |
| | 0.1 | Email to atty Stanfield |
| | 0.2 | Email exchanges w/ client |
| | | |
| Thu, 9/24 | 0.3 | Prepared & emailed Defs' attys re 10 documents sent to them for review |
| | 1 | Rec'd and rev'd settlement agreement and emailed back to Defs.' attys |
| | 0.2 | Rec'd and rev'd Exhibits A & B to settlement agreement |
| | 0.1 | Emailed agreement to Ms. Aboah |
| | 0.67 | Telephone discussions w/ Ms. Aboah explainting settlement agreement |
| | 1.5 | Multiple Whatsapp text exchanges, explaing settlement agreement to M |
| FOC | | Office Copy costs @ $1/page: $24.00 |
| | | |
| Fri, 9/25 | 0.5 | Multple telephone discussions w/ Ms. Aboah re esttlement agreement |
| | 0.3 | Multiple Whatsapp text exchanges, explaing settlement agreement to M |
| | 0.25 | Email exchanges w/ Defs.' attys |
| | 0.5 | Final revision re Declaration of Counsel |
| | 0.2 | Final revision re Preliminary Order |
| | 0.2 | Final revision re Final Order |
| | 0.2 | Final revision re Notice to Class |
| | 1 | Final revision re memo in support of mot. For prelim approval |
| | 1 | Prepare all exhibits and supporting papers for filing in court |
| | 0.2 | File all papers re Motion for Prelim Approval of Settlement |
| FOC | | Office Copy costs @ $1/page: $94.00 |

**SUB-TOTAL**      **209.03**  (Total atty's fees:  209.03hrs x $375 = **$78,386.25**)

(Out-of-Pocket costs to date: $1,620.80 )

(Office Costs, westlaw costs, scanning, fedex, copy, mail, to date: $1,67

**(Total Costs To date: $3,297.30 )**

nfield

)

l

los. 8-9

. 10

 wartz

f Defs.

agreement

king all

wed

 paystubs

e class

; the weekly

ess that 1 year

:ion for
ers for which

:lass list

):30pm

o 10:30pm

s, 5:30am-9:30am
l:30pm
e were unpaid wages,
oard pattern or practice

s

7.50 )

date

s for parties

achable

ssions

nentprocesses

6.50 )

ions

ent & Notice

atty Stanfield
ettlement
out settlement
signed arbitration

te

eld sent today
:oday

ided

riday, 8/28

s

fs' attys

val

6.50 )

w to

n Order Approving it

Order Approving it

ion notes

ne

xtension of time

v

Ms. Aboah

Ms. Aboah

6.50 )