# AMIE CEESAY
Email: aceesay919@gmail.com    Cell: 203-450-1262

## Finance Executive

**Senior level manager with proven expertise in investment management, capital funding strategies, financial reporting and budgeting, in leading Finance, Real Estate and Healthcare businesses in Fortune 100 corporations.  Recognized for leading and implementing major cost and timesaving operational initiatives. Experienced leader with distinguished record of accomplishment in complex financial and funding transactions, asset and portfolio management, accounting and financial reporting and complex business and corporate budgeting and relationship management.**

## Career Objectives

**Obtain a senior level management position within Financial Planning and Analysis, Portfolio/Asset Management, Investor Relations or Treasury Departments, in a growth-orientated origination where I can utilize my skills, expertise and experience to further the organizational goals of the company and investors.**

## Select Career Achievements

- Oversaw SEC reporting team focused on foreign currency and commodity derivatives portfolio exceeding $35B
- Designed, developed and implemented organization strategies adapted as best practices in the areas of board and investor reporting, asset valuations, consolidation, analysis and financial reporting
- Managed several evaluations of operational strategies with the mandate of streamlining financial reporting, asset valuations and cost and time saving strategies
- Planned and executed integration of new systems and acquired businesses, personnel and systems
- Directed multiple businesses and led teams in industries such as finance, real estate and healthcare concerns

## Work History

### Surgical Care Affiliates, Finance Director (2016 – 2017)
**Lead teams of finance and clinical professional in managing financial operations of 12 surgery centers. Evaluated facility performance matrix, analysed and implemented operational strategies to improve performance and profitability. Evaluated market and business performance, proposed and oversaw mergers and JVs.  Led Partnership and BOD financial review meetings with physicians and investors.**

- Managed annual budget and quarterly forecasting for 12 surgery centres with annual revenues of $500M+
- Assessed financial performance reviews and provided actionable financial intelligence to investors and BOD
- Formulated development of acquisition and disposition targets, pipeline expansion and market analysis
- Evaluated operational financial performance, executed and manage the distributions for investors
- Guided hiring and development facility staff and performance evaluations and compensation packages

### GE Capital - Treasury, Director Alternative Funding (2014 – 2015)
**Liaise with Corporate Treasury in originating funding of new businesses or expansions through products such as securitizations, deposits, bonds and other capital market other products, in excess of $15B.** Oversaw **deposits in reaching the alternative funding targets.  Identify funding products that meet the Company's market risk, liquidity risk, funding cost & other thresholds.**

- Managed Alternative Funding functional and business relationships with investment teams and business units
- Led BD deals involving deposit taking platforms and other none conventional funding strategies
- Planned and executed improved governance oversight and documentation of the deposit modelling processes
- Developed financial materials to present funding plans, performance and valuation to senior management
- Identify compliance gaps and lead compliance training and evaluations of business unit leads

### GE Capital - Treasury, Financial Reporting Manager (2012 – 2014)
**Managed quarterly derivative portfolio valuations, reviews and analysis for over 5,000 FX derivatives and 10,000 embedded derivatives.  Oversaw consolidation, analysis and reporting of derivatives for all GE industrial businesses, valued at over $35B.  Develop training materials, provided training to global P&L teams and serve as subject matter expert on derivative transactions. Led televised presentations of global process improvement launches. Recognized for outstanding process improvement achievements.**

# AMIE CEESAY
Email: aceesay919@gmail.com    Cell: 203-450-1262

- Chaired business derivate portfolio analysis, reviews and presentations to senior leaders and treasurers
- Oversaw valuation of the FX portfolio of Industrial businesses: forwards, options and embedded derivatives
- Led cross-functional meetings to drive better understanding of derivatives and prospective regulatory impacts
- Create reports for SEC disclosure, rating agency and senior leadership reviews
- Managed offshore resource and responsibilities for routine reporting activities and personnel
- Primary liaison to 10 Industrial business units to ensure accurate accounting and reporting of derivatives

### GE Capital – Real Estate, Lead Accountant (2010 – 2012)
**Developed and implemented analytical reports, dashboards, and models for debt portfolio lifecycles monitoring. Created and presented quarterly management reporting packages for all global real estate businesses, with AUM of $90B. Managed budgets, forecast of troubled debt, and identify inputs to FP&A. Managed consolidation and reporting on Impaired Loans valued at over $10 billion. Develop training materials and provide training to P&L teams across four continents. Managed SEC disclosure, rating agency and senior leadership reviews. Led implementation of Appraisal Policy and automation processes.**

- Streamlined quarterly reporting of Impaired Loans, reducing process cycle time by ~60%, increased productivity, improved report accuracy and transparency
- Developed SOPs that ensures compliance with GE reporting policies, guides the Audit and Regulatory teams
- Created an efficient and repeatable data gathering and consolidation process for ~700 impaired loans valued at ~$10B. Improved process, reduced P&Ls' input time by ~40%, reduced controllership consolidation time ~60%
- Created and maintained global ALLL forecasting and reporting models
- Led comprehensive debt and property appraisal reviews with a mandate of creating accurate valuations
- Coordinated evaluations and implementations of new analytical, reporting and training on troubled debts

### AvalonBay Communities, Inc., Finance Manager HQ (2006 – 2009)
**Managed accounting, budgeting, treasury, financial analysis and reporting functions for entire debt portfolio. Managed multifaceted real estate GSE, Agency and Bank debt financings for a largest national REIT, from loan origination to closing and performed all post-closing debt maintenance. Led review and analysis of development, acquisitions and dispositions of real estate assets. Evaluated and lead joint ventures and mergers with key retirement funds and private investors and capital funds.**

- Led due diligence underwriting/financing and construction funding of 18 properties with total proceeds of $2B
- Investigated and recovered $1.1M of escrow funds previously written-off
- Evaluated, designed and implemented new database management system and streamlined reports
- Streamlined and managed debt budgets totalling $4.8 billion for 70 company and subsidiary loans
- Oversaw construction funding including Build-to-Suite and close out processes
- Managed of L/C offering memorandum, funding and managed cash and borrowing activities
- Managed and negotiated revenue and expense sharing with for third party transactions and JV partners
- Led presentations and prepared CFO on financial performance for SEC, investor, and rating agency reporting

### J&W Seligman Investment Advisors, - Assistant Controller (2004 -2006)
- Managed accounting processes, quarterly financial statement preparations, investor and SEC reporting
- Owned and managed prospectus updates and annual audits and budgeting processes for 20 mutual funds
- Analysed and portfolio performance and propose mergers, liquidations, or closure of funds.

### Education and Professional Development
- MBA Finance: Quinnipiac University
- BS Finance: University of Bridgeport
- John F. Welch Leadership Development Center (Crotonville, NY)

### Volunteer Community Service
- **Women's Bureau and National Youth Association, Gambia, Africa**
- Member of the leadership team of GE Community service and corporate responsibility alliance
- Volunteer for Habitat for Humanity, schools, homeless and domestic violence shelters