# Saloum Consulting

**Amie Ceesay**
**111 Judd Street**
**Fairfield, CT 06825**
**203-450-1262**

# INVOICE

| INVOICE # | DATE |
|---|---|
| 1019 | 7/17/20 |

| BILL TO | CUSTOMER ID | TERMS |
|---|---|---|
| Nitor Egbarin | L30 | Due Upon Receipt |
| Egbarin, Nitor Law Office, LLC | | |
| 100 Pearl Street, 4th FL | | |
| Hartford, CT 06103 | | |
| (860) 249-7180 | | |

| Date | DESCRIPTION | Hours | Hourly Rate | AMOUNT |
|---|---|---|---|---|
| July 11, 202 | Telephone Call with Attorney Egbarim to Discuss Case and Preliminary Analysis Requirements | 1 | 275.00 | 275.00 |
| July 12, 202 | Telephone Call with Attorney Egbarim to Discuss Case and Work to be Performed | 1 | 275.00 | 275.00 |
| July 13, 202 | Telephone Call with Attorney Egbarim to Discuss Data Analysis Requirements | 1 | 275.00 | 275.00 |
| July 14, 202 | Telephone Call with Attorney Egbarim to Discuss Data analysis, revise requirements | 1 | 275.00 | 275.00 |
| July 15, 202 | Telephone Call with Attorney Nitor Egbarim to Discuss Results and Additional Requirements | 1 | 275.00 | 275.00 |
| July 16, 202 | Telephone Call with Attorney Nitor Egbarim to Discuss and Revise Computation Results and Finalize Results | 1 | 275.00 | 275.00 |
| July 17, 202 | Telephone Call with Attorney Nitor Egbarim to Discuss and Revise Computation Results and Finalize Results | 1 | 275.00 | 275.00 |
| | | | | - |
| July 11, 202 | Review Emoloyment History Data Provided | 4 | 275.00 | 1,100.00 |
| July 12, 202 | Begin Compiling Data Employment Data Setup calculation paramenters for calculating Overtime Owed to Active and Terminated Emplyees | 8.5 | 275.00 | 2,337.50 |
| July 13, 202 | Setup Data, Templates and Beging Calculations of Results Overtime Owed to Active and Terminated Emplyees | 9 | 275.00 | 2,475.00 |
| July 14, 202 | Continue Calculations of Overtime Owed and Begin Calculating Interest Owed | 8.5 | 275.00 | 2,337.50 |
| July 15, 202 | Calculate, update and format date. Make Changes Per Attorney Egbarin's Request | 9 | 275.00 | 2,475.00 |
| July 16, 202 | Calculated, update and format date. Make Changes Per Attorney Egbarin's Request | 9 | 275.00 | 2,475.00 |
| July 17, 202 | Complete Changes and Updates per Attorney Egbarin's Request | 3 | 275.00 | 825.00 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 15,950.00 |
| TAX RATE | 6.375% |
| TAX | 1,016.81 |
| **TOTAL** | **$ 16,966.81** |