**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Gwendoline Aboah, individually, and on behalf of others similarly situated** | CIVIL ACTION NO.: |
| **Plaintiffs** | **3:20-cv-00763 (MPS)** |
| **V.** | |
| **Fairfield Healthcare Services, Inc. d/b/a BrightStar Care of Fairfield & Southbury and Peter R. Moore,** | September 25, 2020 |
| **Defendants** | |

**PRELIMINARY ORDER APPROVING CLASS AND COLLECTIVE
ACTION SETTLEMENT AND PROVIDING FOR NOTICE OF FAIRNESS HEARING**

**WHEREAS**, the class and collective action, *Gwendoline Aboah v. Fairfield Healthcare Services, Inc., d/b/a BrightStar Care of Fairfield & Southbury and Peter R. Moore,* (20-cv-00763-MPS) (the "Lawsuit"), is currently pending before this Court;

**WHEREAS**, the parties have made an application, pursuant to Federal Rules of Civil Procedure 23(e) and (g) for an order approving settlement of the claims alleged in the Lawsuit on a class basis (the "Settlement") and appointing class counsel in accordance with a Settlement Agreement dated as of September___, 2020 (the "Agreement"), which, together with the exhibits annexed thereto, sets forth the terms and conditions for a proposed settlement of the Lawsuit against Defendants and for dismissal of the Lawsuit against Defendants with prejudice upon the terms and conditions set forth therein, and the Court has read and considered the Agreement, the exhibits annexed thereto, and the parties' joint motion for approval; and

**WHEREAS**, all capitalized terms contained and not otherwise defined herein shall have the same meanings set forth in the Agreement.

**IT IS ON THIS\_\_\_\_\_DAY OF_____, 2020, HEREBY ORDERED AS FOLLOWS:**

1. The Court hereby preliminarily approves the Settlement set forth in the Agreement as being fair, just, and reasonable.

2. For purposes of the Settlement, the Court certifies (a) a Settlement Class (hereinafter, the "Rule 23 Settlement Class") to consists of all current and former home health aides (Live-in HHAs) employed by Defendants and who worked one or more 24-hour live-in shift and who are identified on **Exhibit A** ("Rule 23 Settlement Class Members") anytime from May 15, 2018 to May 17, 2020 ("Class Period"); and (b) a settlement FLSA Collective (hereinafter the "Third-Year Settlement Class") of all current and former HHAs employed by Defendants and who worked one or more 24-hour live-in shift anytime from May 15, 2017 to May 14, 2018 (the "Third-Year Period") and who are identified on **Exhibit B** ("Third-Year Settlement Class Members"). Together the Rule 23 Settlement Class Members and the Third-Year Settlement Class Members are "Settlement Class Members."

3. The Court appoints the Named Plaintiff GWENDOLINE ABOAH as class representative and appoints as Class Counsel the Law Office of Nitor V. Egbarin, LLC and hereby approves the use of Law Office of Nitor V. Egbarin, LLC as the Claims Administrator.

4. The Agreement falls within the range of reasonableness and appears to be presumptively valid, subject only to the objections that may be raised at the final Fairness Hearing.

5. The Court approves, as to form and content, the Notice of Settlement attached as **Exhibit C** to the Agreement under Federal Rules of Civil Procedure 23(c) and (e), and finds that the mailing and distribution of the Notice substantially in the manner and form set

forth in the Agreement constitutes the best notice practicable under the circumstances, and constitutes valid, due, and sufficient notice to all persons in the Class, complying fully with the requirements of Federal Rule of Civil Procedure 23, the Fair Labor Standards Act (the "FLSA"), the Constitution of the United States, and any other applicable laws.

6. A Fairness Hearing shall be held before this Court not less than 90 days from the Class Action Fairness Act, ("CAFA"), 28 U.S.C. § 1715(b) notice mailing date, by videoconference before the Honorable Judge Michael P. Shea of the Abraham Ribicoff Federal Building, United States District Court, 450 Main Street, Suite A012, Hartford, CT 06103, at 10:00 a.m., on _____, 2020, to determine finally whether the proposed settlement of the Lawsuit on the terms and conditions provided for in the Agreement is fair, just, reasonable, adequate, and in the best interest of the Class, and should be approved by the Court; and whether entry of Judgment and Final Approval, as provided in the Agreement, should be entered.

7. Class Counsel, along with the Claims Administrator, are hereby authorized to supervise and administer the notice procedure as more fully set forth below:

A. On or before_____[10 days from this Order], BRIGHTSTAR shall provide the Claims Administrator and Class Counsel the following information for all Settlement Class Members: name, social security number, last known addresses, last known personal email addresses, if any, and dates of employment (the "Class Contact List.").

B. On or before thirty (30) days from this Order (the "Notice Date"), the Claims Administrator shall cause to be mailed by first-class mail and emailed if

email address identified, a copy of the Notice Packet, including the Notice of Settlement, substantially in the form annexed as Exhibit C, to the Agreement, to all putative Settlement Class Members who can be identified or located with reasonable effort.

    C. Settlement Class Members shall have thirty (30) days from the date that the Notice is mailed to opt-out of the settlement by mailing an Opt-Out Statement to the Claims Administrator, containing the information required by the Agreement.

    D. Settlement Class Members shall have thirty (30) days from the date that the notice is mailed to mail a Written Objection to the Claims Administrator, containing the information required by the Agreement. Any statement of position or objection shall state the objector's name, address, and telephone number and dates of employment with BRIGHTSTAR and whether the objector intends to speak at the Fairness Hearing. Any member of the Class who does not make his or her objection in the manner provided in the Agreement shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness or adequacy of the proposed Settlement as incorporated in the Agreement, the releases provide for in the Agreement, the award of attorneys' fees, costs, and expenses to Class Counsel, and the award of an incentive payment for the Named Plaintiff, unless otherwise ordered by the Court.

    E. Class Counsel and Defense Counsel shall file a Joint Motion for Judgment and Final Approval of the Settlement and the Agreement no later than fourteen (14) days before the Fairness Hearing.

    F. The Court reserves the right to adjourn the date of the Fairness Hearing without further notice to the Class Members, and retains jurisdiction to consider all further

applications arising out of or connected with the proposed settlement. Notice of any adjournment can be obtained from Class Counsel: Nitor V. Egbarin, Esq., Law Office of Nitor V. Egbarin, LLC, 100 Pearl Street, 14th Floor, Hartford, Connecticut 06103 (phone #860- 249-7180) (fax #860-408-1471). The Court may approve the settlement, with such modifications as may be agreed to by Class Counsel and Defense Counsel, if appropriate, without further notice to the Class.

                              SO ORDERED

                              _____
                               United States District Judge

Dated:_____, 2020