| Employee ID | Covered Shifts Worked In 1 and 2 Yr SOL | Percentage of Total 20,045 Covered Shifts | Rule 23 Class Individual Settlement Amount (1 and 2 Yr SOL) |
|---|---|---|---|
| 0000695568 | 3 | 0.01% | $ 24.25 |
| 0000697853 | 428 | 2.14% | $ 3,458.97 |
| 0000724277 | 13 | 0.06% | $ 105.06 |
| 0000731468 | 5 | 0.02% | $ 40.41 |
| 0000720179 | 4 | 0.02% | $ 32.33 |
| 0000736616 | 2 | 0.01% | $ 16.16 |
| 0000716403 | 11 | 0.05% | $ 88.90 |
| 0000692660 | 102 | 0.51% | $ 824.33 |
| 0000705694 | 451 | 2.25% | $ 3,644.85 |
| 0000659554 | 13 | 0.06% | $ 105.06 |
| 0000733064 | 131 | 0.65% | $ 1,058.70 |
| 0000714194 | 46 | 0.23% | $ 371.76 |
| 0000659430 | 30 | 0.15% | $ 242.45 |
| 0000657989 | 675 | 3.37% | $ 5,455.15 |
| 0000662490 | 391 | 1.95% | $ 3,159.95 |
| 0000283457 | 117 | 0.58% | $ 945.56 |
| 0000673387 | 10 | 0.05% | $ 80.82 |
| 0000707746 | 21 | 0.10% | $ 169.72 |
| 0000711517 | 54 | 0.27% | $ 436.41 |
| 0000710166 | 54 | 0.27% | $ 436.41 |
| 0000714660 | 2 | 0.01% | $ 16.16 |
| 0000675919 | 2 | 0.01% | $ 16.16 |
| 0000634687 | 689 | 3.44% | $ 5,568.29 |
| 0000660561 | 592 | 2.95% | $ 4,784.37 |
| 0000248602 | 54 | 0.27% | $ 436.41 |
| 0000646030 | 676 | 3.37% | $ 5,463.23 |
| 0000722942 | 166 | 0.83% | $ 1,341.56 |
| 0000220440 | 21 | 0.10% | $ 169.72 |
| 0000701313 | 40 | 0.20% | $ 323.27 |
| 0000714375 | 2 | 0.01% | $ 16.16 |
| 0000692737 | 16 | 0.08% | $ 129.31 |
| 0000715370 | 7 | 0.03% | $ 56.57 |

| | | | |
|---|---:|---:|---:|
| 0000712510 | 2 | 0.01% | $16.16 |
| 0000577960 | 252 | 1.26% | $2,036.59 |
| 0000588480 | 638 | 3.18% | $5,156.13 |
| 0000714633 | 115 | 0.57% | $929.40 |
| 0000615753 | 216 | 1.08% | $1,745.65 |
| 0000692728 | 199 | 0.99% | $1,608.26 |
| 0000720170 | 3 | 0.01% | $24.25 |
| 0000658489 | 296 | 1.48% | $2,392.18 |
| 0000711180 | 130 | 0.65% | $1,050.62 |
| 0000696953 | 3 | 0.01% | $24.25 |
| 0000677572 | 33 | 0.16% | $266.70 |
| 0000613459 | 319 | 1.59% | $2,578.06 |
| 0000696652 | 115 | 0.57% | $929.40 |
| 0000735311 | 49 | 0.24% | $396.00 |
| 0000724811 | 27 | 0.13% | $218.21 |
| 0000708494 | 12 | 0.06% | $96.98 |
| 0000700036 | 16 | 0.08% | $129.31 |
| 0000724206 | 273 | 1.36% | $2,206.30 |
| 0000740273 | 1 | 0.00% | $8.08 |
| 0000726342 | 6 | 0.03% | $48.49 |
| 0000724175 | 4 | 0.02% | $32.33 |
| 0000719435 | 2 | 0.01% | $16.16 |
| 0000666729 | 215 | 1.07% | $1,737.57 |
| 0000697865 | 5 | 0.02% | $40.41 |
| 0000691896 | 7 | 0.03% | $56.57 |
| 0000615896 | 315 | 1.57% | $2,545.74 |
| 0000646028 | 297 | 1.48% | $2,400.27 |
| 0000731949 | 132 | 0.66% | $1,066.78 |
| 0000702838 | 21 | 0.10% | $169.72 |
| 0000702325 | 9 | 0.04% | $72.74 |
| 0000667149 | 318 | 1.59% | $2,569.98 |
| 0000708503 | 41 | 0.20% | $331.35 |
| 0000682213 | 574 | 2.86% | $4,638.90 |
| 0000725327 | 224 | 1.12% | $1,810.30 |

| ID | Count | Percent | Amount |
|---|---:|---:|---:|
| 0000253972 | 109 | 0.54% | $880.91 |
| 0000704483 | 36 | 0.18% | $290.94 |
| 0000729238 | 4 | 0.02% | $32.33 |
| 0000719826 | 2 | 0.01% | $16.16 |
| 0000711846 | 127 | 0.63% | $1,026.38 |
| 0000706266 | 11 | 0.05% | $88.90 |
| 0000683743 | 594 | 2.96% | $4,800.53 |
| 0000665641 | 528 | 2.63% | $4,267.14 |
| 0000691835 | 196 | 0.98% | $1,584.01 |
| 0000703998 | 378 | 1.89% | $3,054.88 |
| 0000637146 | 403 | 2.01% | $3,256.93 |
| 0000700830 | 2 | 0.01% | $16.16 |
| 0000658209 | 5 | 0.02% | $40.41 |
| 0000674485 | 516 | 2.57% | $4,170.16 |
| 0000725331 | 4 | 0.02% | $32.33 |
| 0000712874 | 5 | 0.02% | $40.41 |
| 0000711256 | 2 | 0.01% | $16.16 |
| 0000708079 | 19 | 0.09% | $153.55 |
| 0000691420 | 2 | 0.01% | $16.16 |
| 0000719880 | 11 | 0.05% | $88.90 |
| 0000719493 | 272 | 1.36% | $2,198.22 |
| 0000634053 | 5 | 0.02% | $40.41 |
| 0000730142 | 143 | 0.71% | $1,155.68 |
| 0000717344 | 5 | 0.02% | $40.41 |
| 0000693158 | 2 | 0.01% | $16.16 |
| 0000698835 | 3 | 0.01% | $24.25 |
| 0000694389 | 9 | 0.04% | $72.74 |
| 0000562087 | 88 | 0.44% | $711.19 |
| 0000699812 | 368 | 1.84% | $2,974.07 |
| 0000696999 | 1 | 0.00% | $8.08 |
| 0000711035 | 7 | 0.03% | $56.57 |
| 0000628602 | 34 | 0.17% | $274.78 |
| 0000723768 | 16 | 0.08% | $129.31 |
| 0000706934 | 33 | 0.16% | $266.70 |

| | | | |
|---|---:|---:|---:|
| 0000698055 | 69 | 0.34% | $ 557.64 |
| 0000608917 | 537 | 2.68% | $ 4,339.87 |
| 0000595010 | 395 | 1.97% | $ 3,192.27 |
| 0000690383 | 2 | 0.01% | $ 16.16 |
| 0000700838 | 2 | 0.01% | $ 16.16 |
| 0000706749 | 2 | 0.01% | $ 16.16 |
| 0000713053 | 31 | 0.15% | $ 250.53 |
| 0000724073 | 3 | 0.01% | $ 24.25 |
| 0000721074 | 29 | 0.14% | $ 234.37 |
| 0000707738 | 8 | 0.04% | $ 64.65 |
| 0000648012 | 593 | 2.96% | $ 4,792.45 |
| 0000604429 | 468 | 2.33% | $ 3,782.24 |
| 0000732004 | 10 | 0.05% | $ 80.82 |
| 0000692170 | 279 | 1.39% | $ 2,254.79 |
| 0000657198 | 201 | 1.00% | $ 1,624.42 |
| 0000714349 | 3 | 0.01% | $ 24.25 |
| 0000258106 | 521 | 2.60% | $ 4,210.57 |
| 0000713008 | 43 | 0.21% | $ 347.51 |
| 0000636260 | 513 | 2.56% | $ 4,145.91 |
| 0000658689 | 17 | 0.08% | $ 137.39 |
| 0000730594 | 6 | 0.03% | $ 48.49 |
| 0000722640 | 2 | 0.01% | $ 16.16 |
| 0000678437 | 4 | 0.02% | $ 32.33 |
| 0000701734 | 354 | 1.77% | $ 2,860.92 |
| 0000710664 | 8 | 0.04% | $ 64.65 |
| 0000672382 | 59 | 0.29% | $ 476.82 |
| 0000665062 | 490 | 2.44% | $ 3,960.03 |
| 0000585225 | 141 | 0.70% | $ 1,139.52 |
| 0000584926 | 530 | 2.64% | $ 4,283.30 |
| 0000655394 | 81 | 0.40% | $ 654.62 |
| 0000666180 | 586 | 2.92% | $ 4,735.88 |
| 0000712561 | 45 | 0.22% | $ 363.68 |
| 0000715908 | 170 | 0.85% | $ 1,373.89 |
| 0000692249 | 17 | 0.08% | $ 137.39 |

| | | | |
|---|---:|---:|---:|
| 0000661857 | 45 | 0.22% | $ 363.68 |
| 0000667885 | 127 | 0.63% | $ 1,026.38 |
| 0000689744 | 6 | 0.03% | $ 48.49 |
| 0000707013 | 5 | 0.02% | $ 40.41 |
| 0000701788 | 6 | 0.03% | $ 48.49 |