| Employee ID | Payment for 3rd Yr Shifts |
|---|---|
| 0000664384 | $ 50.00 |
| 0000665131 | $ 50.00 |
| 0000692235 | $ 50.00 |
| 0000692660 | $ 50.00 |
| 0000659554 | $ 50.00 |
| 0000618179 | $ 50.00 |
| 0000659430 | $ 50.00 |
| 0000657989 | $ 50.00 |
| 0000662490 | $ 50.00 |
| 0000690246 | $ 50.00 |
| 0000283457 | $ 50.00 |
| 0000673387 | $ 50.00 |
| 0000666251 | $ 50.00 |
| 0000685635 | $ 50.00 |
| 0000634687 | $ 50.00 |
| 0000660561 | $ 50.00 |
| 0000650112 | $ 50.00 |
| 0000248602 | $ 50.00 |
| 0000646030 | $ 50.00 |
| 0000220440 | $ 50.00 |
| 0000661572 | $ 50.00 |
| 0000139162 | $ 50.00 |
| 0000670898 | $ 50.00 |
| 0000588480 | $ 50.00 |
| 0000615753 | $ 50.00 |
| 0000617330 | $ 50.00 |
| 0000658134 | $ 50.00 |
| 0000658489 | $ 50.00 |
| 0000677572 | $ 50.00 |
| 0000627280 | $ 50.00 |
| 0000660387 | $ 50.00 |
| 0000678498 | $ 50.00 |

| | | |
|---|---|---|
| 0000613459 | $ | 50.00 |
| 0000628177 | $ | 50.00 |
| 0000619667 | $ | 50.00 |
| 0000666729 | $ | 50.00 |
| 0000691896 | $ | 50.00 |
| 0000615896 | $ | 50.00 |
| 0000646028 | $ | 50.00 |
| 0000284159 | $ | 50.00 |
| 0000667149 | $ | 50.00 |
| 0000617649 | $ | 50.00 |
| 0000682213 | $ | 50.00 |
| 0000253972 | $ | 50.00 |
| 0000683743 | $ | 50.00 |
| 0000660262 | $ | 50.00 |
| 0000665641 | $ | 50.00 |
| 0000647707 | $ | 50.00 |
| 0000691835 | $ | 50.00 |
| 0000640120 | $ | 50.00 |
| 0000683325 | $ | 50.00 |
| 0000676563 | $ | 50.00 |
| 0000663600 | $ | 50.00 |
| 0000666732 | $ | 50.00 |
| 0000674485 | $ | 50.00 |
| 0000657262 | $ | 50.00 |
| 0000669787 | $ | 50.00 |
| 0000683206 | $ | 50.00 |
| 0000660656 | $ | 50.00 |
| 0000595821 | $ | 50.00 |
| 0000645353 | $ | 50.00 |
| 0000688588 | $ | 50.00 |
| 0000634053 | $ | 50.00 |
| 0000622168 | $ | 50.00 |
| 0000590088 | $ | 50.00 |
| 0000606525 | $ | 50.00 |

| | | |
|---|---|---|
| 0000562087 | $ | 50.00 |
| 0000628602 | $ | 50.00 |
| 0000656576 | $ | 50.00 |
| 0000608917 | $ | 50.00 |
| 0000690383 | $ | 50.00 |
| 0000613728 | $ | 50.00 |
| 0000676457 | $ | 50.00 |
| 0000674256 | $ | 50.00 |
| 0000239557 | $ | 50.00 |
| 0000576169 | $ | 50.00 |
| 0000648012 | $ | 50.00 |
| 0000604429 | $ | 50.00 |
| 0000657198 | $ | 50.00 |
| 0000258106 | $ | 50.00 |
| 0000636260 | $ | 50.00 |
| 0000658689 | $ | 50.00 |
| 0000662508 | $ | 50.00 |
| 0000678437 | $ | 50.00 |
| 0000672382 | $ | 50.00 |
| 0000665062 | $ | 50.00 |
| 0000585225 | $ | 50.00 |
| 0000675627 | $ | 50.00 |
| 0000666180 | $ | 50.00 |
| 0000668964 | $ | 50.00 |
| 0000692249 | $ | 50.00 |
| 0000667885 | $ | 50.00 |
| 0000628688 | $ | 50.00 |
| 0000662237 | $ | 50.00 |
| 0000595651 | $ | 50.00 |